BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
AUG 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $7,960.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $2,260.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,195.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,927.00 IN U.S. CURRENCY, and<br><br>2007 CADILLAC ESCALADE EXT, VIN: 3GYFK62837G222266, LICENSE NUMBER 8W03721,<br><br>         Defendants. | 2:10-CV-02167-MCE-KJM<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on August 12, 2010, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $7,960.00 in U.S. Currency; Approximately $2,260.00 in U.S. Currency; Approximately $3,195.00 in U.S. Currency;

1  Approximately $3,927.00 in U.S. Currency (hereafter "defendant
2  currency") and a 2007 Cadillac Escalade EXT, VIN:
3  3GYFK62837G222266, License Number 8W03721 (hereafter "defendant
4  vehicle") are subject to forfeiture to the United States pursuant
5  to 21 U.S.C. §§ 881(a)(6) and (a)(4) for one or more violations
6  of 21 U.S.C. §§ 841 et seq.;

7  And, the Court being satisfied that, based on the Verified
8  Complaint for Forfeiture *In Rem* and the affidavit of Drug
9  Enforcement Administration Special Agent Heather Boone, there is
10 probable cause to believe that the defendant currency and the
11 defendant vehicle so described constitute property that is
12 subject to forfeiture for such violation(s), and that grounds for
13 the issuance of a Warrant for Arrest of Articles *In Rem* exist,
14 pursuant to Rule G(3)(b)(i) of the Supplemental Rules for
15 Admiralty or Maritime Claims and Asset Forfeiture Actions;

16 IT IS HEREBY ORDERED that the Clerk for the United States
17 District Court, Eastern District of California, shall issue a
18 Warrant for Arrest of Articles *In Rem* for the defendant currency
19 and the defendant vehicle.
20 Dated: Aug. 16, 2010

GREGORY G. HOLLOWS
United States Magistrate Judge