```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    2:10-CV-02167-MCE-KJM
                                  )
12          Plaintiff,            )    **APPLICATION AND ORDER FOR**
                                  )    **PUBLICATION**
13      v.                        )
                                  )
14  APPROXIMATELY $7,960.00 IN    )
    U.S. CURRENCY,                )
15                                )
    APPROXIMATELY $2,260.00 IN    )
16  U.S. CURRENCY,                )
                                  )
17  APPROXIMATELY $3,195.00 IN    )
    U.S. CURRENCY,                )
18                                )
    APPROXIMATELY $3,927.00 IN    )
19  U.S. CURRENCY, and            )
                                  )
20  2007 CADILLAC ESCALADE EXT,   )
    VIN: 3GYFK62837G222266, LICENSE )
21  NUMBER 8W03721,               )
                                  )
22          Defendants.           )
                                  )
23  _____)

24      The United States of America, Plaintiff herein, applies for

25  an order of publication as follows:

26      1.  Rule G(4) of the Supplemental Rules for Admiralty or

27  Maritime Claims and Asset Forfeiture Actions (hereafter

28  "Supplemental Rules") provides that the Plaintiff shall cause
```

1 public notice of the action to be given in a newspaper of general
2 circulation or on the official internet government forfeiture
3 site;
4     2.   Local Rule 83-171, Eastern District of California,
5 provides that the Court shall designate by order the appropriate
6 newspaper or other vehicle for publication;
7     3.   The defendants Approximately $7,960.00 in U.S. Currency;
8 Approximately $2,260.00 in U.S. Currency; Approximately $3,195.00
9 in U.S. Currency; Approximately $3,927.00 in U.S. Currency and
10 the 2007 Cadillac Escalade EXT, VIN: 3GYFK62837G222266, License
11 Number 8W03721 were seized in the city of Vallejo, in Solano
12 County, California.  The Drug Enforcement Administration
13 published notice of the non-judicial forfeiture of the defendants
14 Approximately $7,960.00 in U.S. Currency and Approximately
15 $2,260.00 in U.S. Currency on April 5, 12 and 19, 2010; the
16 defendants Approximately $3,927.00 in U.S. Currency and 2007
17 Cadillac Escalade EXT, VIN: 3GYFK62837G222266, License Number
18 8W03721 on June 7, 14 and 21, 2010; and the defendant
19 Approximately $3,195.00 in U.S. Currency on June 21, 28 and July
20 5, 2010, in *The Wall Street Journal*.
21     4.   Plaintiff proposes that publication be made as follows:
22         a.   One publication;
23         b.   Thirty (30) consecutive days;
24         c.   On the official internet government forfeiture
25 site www.forfeiture.gov;
26         d.   The publication is to include the following:
27            (1)   The Court and case number of the action;
28            (2)   The date of the seizure/posting;

    (3) The identity and/or description of the property seized/posted;

    (4) The name and address of the attorney for the Plaintiff;

    (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: <u>August 12, 2010</u>   BENJAMIN B. WAGNER
            United States Attorney


            <u>/s/ Kristin S. Door</u>
            KRISTIN S. DOOR
            Assistant U.S. Attorney


            **ORDER**

 IT IS SO ORDERED.

Dated:  August 20, 2010.

            U.S. MAGISTRATE JUDGE