```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      No. 2:10-cr-00187-MCE
12            Plaintiff,
13       v.                        RELATED CASE ORDER
14  JAMARUS SMITH,
15            Defendant.
   _____/
16
   UNITED STATES OF AMERICA,       No. 2:10-cv-02167-MCE-KJM
17
              Plaintiff,
18
         v.
19
   APPROXIMATELY $7,960.00 IN
20  U.S. CURRENCY, et al.,
21            Defendants.
   _____/
22
23       The Court received the Notice of Related Cases filed
24  August 20, 2010.  Examination of the above-entitled actions
25  reveals that both actions are related within the meaning of Local
26  Rule 123(a), E.D. Cal. (1997).  The actions involve the same
27  parties, are based on the same or a similar claim, and involve
28  the same property transaction or event.
```

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated: August 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE