UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $7,960.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $2,260.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,195.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,927.00 IN U.S. CURRENCY, and<br><br>2007 CADILLAC ESCALADE EXT, VIN: 3GYFK62837G222266, LICENSE NUMBER 8W03721,<br><br>        Defendants. | No. 2:10-CV-02167-MCE-KJN<br><br>ORDER STRIKING CLAIMS OF JAMARUS SMITH AND MONIQUE BANKS PURSUANT TO RULE G(8)(c) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE ACTIONS |

    Presently before the Court is the United States' Motion to Strike the Claims of Jamarus Smith and Monique Banks pursuant to Rule G(8)(c)(i)(A)-(B) of the Supplemental Rules for Admiralty or

1

1 | Maritime Claims and Asset Forfeiture Actions (the "Supplemental
2 | Rules").  No opposition was made to the Motion on behalf of either
3 | Smith or Banks.  After having read and considered the motion, and
4 | good cause appearing therfor, the Court finds as follows:
5 |     1.   On October 6, 2011, the parties filed a joint status
6 | report in the case.  In the joint status report, the parties
7 | specified that claimants Jamarus Smith and Monique Banks' answers
8 | would be filed no later than November 5, 2011.
9 |     2.   Supplemental Rule G(5)(b) provides that a claimant must
10 | file an answer or a Rule 12 motion within twenty-one days after
11 | filing a claim.  If the claimant does not file an answer or a Rule
12 | 12 motion, the United States may move to strike a claim or answer
13 | "at any time before trial" for "failing to comply with Rule G(5)"
14 | and/or "because the claimant lacks standing."  Fed. R. Civ. P.
15 | Supp. G(8)(c)(i)(A)-(B).
16 |     3.   Statutory standing requires the claimant to comply with
17 | certain procedural and statutory requirements.  <u>United States v.</u>
18 | <u>39,557.00, More or Less, in U.S. Currency</u>, 683 F. Supp. 2d 335,
19 | 338-39 (D.N.J. 2010).  The importance of filing an Answer cannot be
20 | understated, since the Answer provides the opportunity to present
21 | defenses as to why a claimant has standing to contest the
22 | forfeitability of the defendant property.  <u>United States v. 1866.75</u>
23 | <u>Board Feet and 11 Doors and Casings,</u> No. 1:07cv1100-GBL, 2008 WL
24 | 839792 (E.D. Va. Mar. 25, 2008).  Courts have held claimants to
25 | strict compliance with the Supplemental Rules.  <u>United States v.</u>
26 | <u>$487,825 in U.S. Currency,</u> 484 F.3d 662, 664-65 (3d Cir. 2007).
27 | ///
28 | ///

1      4.   To date, no Answers submitted by either Jamarus Smith or
2 Monique Banks have been filed, or have been served on counsel for
3 the United States.  The United States' Motion (ECF No. 34) is
4 accordingly GRANTED.[1]   Therefore, IT IS HEREBY ORDERED AND
5 ADJUDGED that the Claims of Jamarus Smith and Monique Banks in the
6 above-styled civil action are stricken for failing to comply with
7 Rule G(5) and/or pursuant to Rule G(8)(c)(i)(A)-(B) of the
8 Supplemental Rules for Admiralty or Maritime Claims and Asset
9 Forfeiture Actions because said claimants lacks standing.
10     IT IS SO ORDERED.

 Dated:  September 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Having determined that oral argument was not of material assistance, the Court submitted this matter on the briefs in accordance with Eastern District Local Rule 230(g).

3