1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-02167-MCE-KJN |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $7,960.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,260.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,195.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,927.00 IN U.S. CURRENCY, and | |
| 2007 CADILLAC ESCALADE EXT,  VIN: 3GYFK62837G222266, LICENSE NUMBER 8W03721, | |
| Defendants. | |

25     Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the
26  Order Striking Claims of Jamarus Smith and Monique Jene Banks filed September 10,
27  2012, the Court finds:
28  ///

                                    1

1. This is a civil forfeiture action against the assets listed in the caption above (hereafter "defendant currency" and "defendant vehicle") seized on or about January 27 and April 29, 2010.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on August 12, 2010, alleging that said defendant currency and defendant vehicle are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

3. On August 16, 2010, the Clerk issued a Warrant for Arrest for the defendant currency and defendant vehicle, and that warrant was duly executed on August 19 and September 16, 2010.

4. Beginning on August 28, 2010, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 29, 2010.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:
   a. Jamarus Smith
   b. Lilah Thomasson
   c. Monique Banks
   d. Gemarr Matthews
   e. Jason Gray
   f. Bruce Louis Haskins[1]
   g. Deborah Kristin Haskins

6. Claimant Lilah Thomasson filed a claim to the defendant vehicle on September 16 and 17, 2010, and an answer to the complaint on October 6, 2011.  Claimant Jamarus Smith filed claims to the defendant currency in the amounts of $7,960.00, $2,260.00 and $3,195.00 on September 16, 17 and 21, 2010.  Claimant Monique Jene Banks filed claims to the defendant $3,927.00 in U.S. Currency on September 16 and 17,

---

[1] At the time the Complaint was filed the government was provided information that Bruce and Deborah Haskins were the registered owners of the vehicle that Jamarus Smith was driving when the $7,960.00 in U.S. Currency was seized.  On or about October 5, 2010, the government learned that the Haskins' had previously sold the vehicle to Jason Gray.

2010. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.  An Order was filed September 10, 2012, striking the claims of Jamarus Smith and Monique Banks for failing to comply with Rule G(5) and/or pursuant to Rule G(8)(c)(i)(A)-(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions because said claimants lack standing. (ECF No. 39).

8.  The Clerk of the Court entered Clerk's Certificates of Entry of Default against Jason Gray on May 5, 2011, and Gemarr Matthews on June 16, 2011. Pursuant to Local Rule 540, the United States requests that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Jason Gray and Gemarr Matthews without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimants Lilah Thomasson, Jamarus Smith, and Monique Banks and all other potential claimants who have not filed claims in this action.

3.  All right, title, and interest of Jamarus Smith and Monique Banks in the defendant Approximately $7,960.00 in U.S. Currency; Approximately $2,260.00 in U.S. Currency; Approximately $3,195.00 in U.S. Currency; and Approximately $3,927.00 in U.S. Currency, together with any interest that may have accrued on those amounts, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.  All right, title, and interest of Lilah Thomasson in the defendant 2007 Cadillac Escalade EXT, VIN: 3GYFK62837G222266, License Number 8W03721 ("defendant vehicle") shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), to be disposed of according to law.

5. Upon entry of this Final Judgment of Forfeiture, the U.S. Marshals Service shall sell the defendant vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price. Claimant Lilah Thomasson agrees to execute promptly any documents that may be required to complete the sale of the defendant vehicle.

6. Upon the sale of the defendant vehicle, the net sale proceeds, less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be divided as follows:

    a. To claimant Lilah Thomasson: $10,000.00 of the net proceeds from the sale of the defendant vehicle.

    b. To the United States of America: The remainder of the net sale proceeds. All right, title, and interest in said funds shall be substituted for the defendant vehicle and forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), to be disposed of according to law.

7. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

8. All parties are to bear their own costs and attorneys' fees.

///
///
///
///
///
///

4

9.   The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:  September 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE